**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JOHN WYATT, on his own behalf
and others similarly situated,

       Plaintiff,

v.                                                   CASE NO: 8:11-cv-1459-T-26EAJ

TRANSWORLD NETWORK, CORP.,

       Defendant.

_____/

**O R D E R**

      Upon due consideration of the well-pleaded allegations of count II of Plaintiff's

first amended complaint, it is ordered and adjudged that Defendant's Motion to Dismiss

Count II of Plaintiff's First Amended Complaint (Dkt. 15) is denied.  Consistent with the

ruling of the Court in <u>Short v. Bryn Alan Studios, Inc.</u>, 2008 WL 2222319, *3 (M.D. Fla.

2008), cited by Defendant, this Court determines that the legal underpinning for the

cause of action alleged in this count is Florida's common law.  <u>Accord</u> <u>Baker v. Fidelity</u>

<u>Mtge. Direct Corp.</u>, 2011 WL 1560665, *2, n.4 (M.D. Fla. 2011); <u>Souder v. Premier</u>

<u>Automotive on Atlantic, LLC</u>, 2009 WL 691916, *3 (M.D. Fla. 2009).

      Defendant's Motion to Strike (Dkt. 15) is denied for failure to comply with Local

Rule 3.01(g).  Moreover, Defendant has failed to demonstrate prejudice with regard to

the alleged offending language.  Defendant shall file its answer and defenses to

Plaintiff's first amended complaint within ten (10) days of this order.

      **DONE AND ORDERED** at Tampa, Florida, on August 16, 2011.


                           *s/Richard A. Lazzara*_____
                           **RICHARD A. LAZZARA**
                           **UNITED STATES DISTRICT JUDGE**


<u>COPIES FURNISHED TO</u>:
Counsel of Record